UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIS MONDRAGON,

                        Plaintiff,

-v-

LEONARD KEFF, et al.,

                        Defendants.

15-CV-2529 (JPO)

ORDER ADOPTING REPORT AND RECOMMENDATION

J. PAUL OETKEN, District Judge:

On January 20, 2016, the Court directed the entry of default judgment in favor of Plaintiff Alexis Mondragon and against Defendants Leonard Keff, Eric Raphael Schamma, Keff Enterprises, LLC, and Keff NYC, Inc., and thereafter referred this matter to Magistrate Judge Kevin Nathaniel Fox for an inquest on damages. (Dkt. Nos. 21, 23.) The damages inquest was later reassigned to Magistrate Judge Barbara Moses.

Magistrate Judge Moses conducted a thorough and careful inquest and issued a Report and Recommendation (the "Report") that this Court award damages as specified in the Report. (Dkt. No. 31.) The Court has reviewed the Report.

No party filed a timely objection to the Report; therefore, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008). Magistrate Judge Moses's well-reasoned Report presents no such errors and is therefore fully adopted by this Court.

Accordingly, damages are awarded as calculated in the Report.

1

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: June 19, 2019
      New York, New York

_____
J. PAUL OETKEN
United States District Judge